UNITED STATES DISTRICT COURT
southern DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

CONSTANCE TROTMAN, ANITRA KINCY and
CLARA LUZ BADIA

                                 Plaintiffs,

- against -

CITY OF NEW YORK, HUMAN RESOURCES
ADMINISTRATION

                                 Defendant.

-------------------------------------------------------------------- X

**STIPULATION OF Dismissal
with prejudice**

07 Civ. 2306 (WHP)

NOV 1 6 2007

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties herein that:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above captioned action is dismissed with prejudice as to all defendants.

Dated:     New York, New York
             November 5, 2007

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
Attorneys for Plaintiffs
199 Water Street, 25th Floor
New York, New York 10036
(212) 232-1343

By: _____
IVAN D. SMITH

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
Attorney for Defendant
100 Church Street, Room 2-167
New York, New York 10007
(212) 788-0876

By: _____ 11/5/07
PATRICIA B. MILLER
Assistant Corporation Counsel

The Clerk of Court is directed
to mark this case closed.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
11/16/2007